IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-9 E |
| NIMA RODEFSHALOM, ET AL. | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this \_\_\_\_ 31st _____ day of _____ May \_\_\_\_, after due consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7), and 21 U.S.C. § 853(p), free and clear of all right, title, and interest of any person or entity, including, without limitation, Nima Rodefshalom, Mehran David Kohanbash, Joseph Kohan (a/k/a Joe Kahan, a/k/a Daryoush Kohanbash, a/k/a Daryoujn Kohanbash), Insure Nutrition, Inc., (a/k/a Specialty Med Services, a/k/a Cure Plus), Affordable Pharmacy, Inc., ASC Pharmaceutical, LLC, DQD Enterprise Corporation (a/k/a Rx One Pharmacy), DTST Ventures, LLC (a/k/a ABI Pharmacy), Econo Pharmacy, Inc., Emerson Pharmacy, Inc. (a/k/a Loyola Pharmacy), Genorex Pharmaceutical, LLC, Nutrition Plus, Inc. (a/k/a IV Med Services), Pharmatek Pharmacy, Inc., Premier Med Services, Inc., Rexford Pharmacy, Inc., Specialty Pharmacy Management of America, Inc., Solutech Pharmaceuticals, LLC (a/k/a Rainbow Gold), Village Drug & Compounding, Inc. (a/k/a Science Pharmaceutical), and Vitamed, LLC (a/k/a Vitamed Pharmacy):

    a. $13,652,531.55 formerly contained in JP Morgan Chase Bank Account ending in x87729, delineated by asset identification number 20-FBI-003316;

    b. $1,780,189.01, formerly contained in JP Morgan Chase Bank Account ending in x18727, delineated by asset identification number 20-FBI-003315;

c. $1,220,577.37, formerly contained in JP Morgan Chase Bank Account ending in x93986, delineated by asset identification number 20-FBI-003314;

d. $1,160,298.04, formerly contained in JP Morgan Chase Bank Account ending in x95510, delineated by asset identification number 20-FBI-003313;

e. $883,818.12, formerly contained in JP Morgan Chase Bank Account ending in x27006, delineated by asset identification number 20-FBI-003310;

f. $830,869.03, formerly contained in JP Morgan Chase Bank Account ending in x67278, delineated by asset identification number 20-FBI-003285;

g. $773,080.42, formerly contained in JP Morgan Chase Bank Account ending in x23083, delineated by asset identification number 20-FBI-003286;

h. $374,414.64, formerly contained in JP Morgan Chase Bank Account ending in x76195, delineated by asset identification number 20-FBI-003287;

i. $324,625.35, formerly contained in JP Morgan Chase Bank Account ending in x50695, delineated by asset identification number 20-FBI-003288;

j. $139,703.99, formerly contained in JP Morgan Chase Bank Account ending in x18300, delineated by asset identification number 20-FBI-003292;

k. $71,039.93, formerly contained in JP Morgan Chase Bank Account ending in x88132, delineated by asset identification number 20-FBI-003293;

l. $937,442.76, formerly contained in Citibank Account ending in x07283, delineated by asset identification number 20-FBI-003284;

m. $667,089.15, formerly contained in Citibank Account ending in x49851, delineated by asset identification number 20-FBI-003283;

n. $29,357.31, formerly contained in Citibank Account ending in x49869, delineated by asset identification number 20-FBI-003282; and

o. $23,171,531.78 that is associated with Check Number 1134 from Attorney Stephen Stallings' IOLTA Client Trust Fund to the U.S. Marshals Service, delineated by asset identification number 21-FBI-004690.

_Susan Paradise Baxter_
Susan Paradise Baxter
United States District Court Judge